FILED
CLERK, U.S. DISTRICT COURT

JUN 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NA'DONTE LARRIMORE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>L. E. SCRIBNER, Warden,<br><br>　　　　Respondent. | No. CV 06-1125-CJC (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 9, 2008

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE